IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | CRIMINAL NO. M-14-1913 |
| JUAN FRANCISCO MARTINEZ-RAMIREZ | § | |
| CARMEN BARRERA | § | |
| | § | |

## FINAL ORDER OF FORFEITURE

Pending before the Court is a Motion for Final Order of Forfeiture filed by the United States. The ancillary phase of this criminal case has concluded and the Court, having considered the motion and all matters filed herein, GRANTS said motion and makes the following findings:

1. On July 21, 2015, a second superseding indictment was returned by a federal grand jury in the Southern District of Texas, McAllen Division charging the defendants with conspiracy to launder money.

2. The second superseding indictment included a Notice of Forfeiture pursuant to Title 18, United States Code, Section 982(a)(1), in which the United States gave notice to the Defendants that it sought the forfeiture of real property legally described as:

   (a) 3401 Del Oro, Mission, Texas: Lot One (1), Monte Bonito Subdivision, Hidalgo County, Texas, as per map or plat thereof recorded in Volume 38, Page 160, Map Records, Hidalgo County, Texas.

   (b) Marely Subdivision; A 5.00 Acre tract of land being the North 5.00 acres out of Lot 30, New Caledonian Subdivision No. 3, according to the map recorded in Volume 6, Page 47, Map Records, Hidalgo County, Texas

and a forfeiture money judgment in the amount of $1,000,000.00.

3. Defendant, Juan Francisco Martinez-Ramirez, pled guilty to Count One and Six of the second Superseding Indictment charging him with conspiracy to launder drug trafficking proceeds in violation of Title 18, United States Code, Section 1956. In his plea agreement, Defendant further agreed to the forfeiture of the real property described herein and a forfeiture money judgment in the amount of $1,000,000.00. (Dkt. No. 143) On December 16, 2015, this Court entered a Preliminary Order of Forfeiture forfeiting to the United States the real properties and improvements located at 3401 Del Oro, Mission, Texas and Marley Subdivision; a 5.00 acre tract of land and further included a forfeiture money judgment against Defendant in the amount of $1,000,000.00.

4. Defendant, Carmen Barrera, pled guilty to Count One of the second Superseding Indictment charging her with conspiracy to launder drug trafficking proceeds in violation of Title 18, United States Code, Section 1956. In her plea agreement, Defendant further agreed to the forfeiture of the real property described herein and a forfeiture money judgment in the amount of $1,000,000.00. (Dkt. No. 144) On December 16, 2015, this Court entered a Preliminary Order of Forfeiture forfeiting to the United States the real properties and improvements located at 3401 Del Oro, Mission, Texas and Marley Subdivision; a 5.00 acre tract of land and further included a forfeiture money judgment against Defendant in the amount of $1,000,000.00.

5. The Court finds that the Agreed Preliminary Order of Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least thirty (30) days beginning on December 24, 2015 and no person or entity has filed a claim to the Defendant Real Property, making the Preliminary Order of Forfeiture now final as to all unknown potential parties;

6. The Court further finds that José Felipe Martinez-Galicia and wife Carolina Barrera, titled owners of Marley Subdivision, a 5 acre tract of land, were served with the Agreed Preliminary Order of Forfeiture and they are in default.

7. The Court further finds that Sergio Gomez, titled owner of real property located at 3401 Del Oro Mission, Texas, was served with the Agreed Preliminary Order of Forfeiture and he is in default.

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Agreed Preliminary Order of Forfeiture is final as to Defendant Juan Francisco Martinez-Ramirez, Carmen Barrera, Jose Felipe Martinez-Galicia, Carolina Barrera, Sergio Gomez, and all others and the United States have forfeiture of the real property legally described above.

The Drug Enforcement Administration and Internal Revenue Service, agencies of the United States of America, shall be responsible for providing notice of this Order as provided by statute and disposing of said property in a commercially reasonable manner with the proceeds of sale distributed in the following order of priority:

i. To the costs of seizure, custodianship, and sale of the property;

ii. To any ad valorem taxes that may be due on the subject real property;

iii. To the United States to be disposed in accordance with applicable law.

**IT IS FURTHER ORDERED** that the United States District Court for the Southern District of Texas shall retain jurisdiction in the case for the purpose of enforcing this Order.

IT IS ORDERED on this 1st day of May, 2018 at McAllen, Texas

_____
RICARDO H. HINOJOSA
UNITED STATES DISTRICT JUDGE